STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
        Social Security Administration
        160 Spear St., Suite 800
        San Francisco, CA 94105
        Telephone: (415) 977-8962
        Facsimile: (415) 744-0134
        Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| AUGUSTINE MARIO SAUCEDO, | ) No. 5:14-cv-00059-E |
| Plaintiff, | ) |
| | ) [PROPOSED] |
| v. | ) JUDGMENT OF REMAND |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

        The Court having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged concurrent with the lodging of the within
Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND
DECREED** that the above-captioned action is remanded to the Commissioner of
Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: _8/13/14_

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE